IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | | |
|---|---|---|
| VAUGHN PERRET<br>CHARLES LEARY<br>TROUT POINT LODGE, LTD, A Nova Limited Company | ) ) ) ) ) ) | PLAINTIFFS |
| v. | ) ) | Civil Action No. 1:14CV241LG-JMR |
| DOUGLAS HANDSHOE | ) ) ) | DEFENDANT |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant, Douglas Handshoe, files this Notice of Removal of the Civil Action filed against him by Plaintiffs, Vaughn Perret, Charles Leary and Trout Point Lodge, Ltd, and states as follows.

1.  On June 2, 2014, Plaintiffs' filed their Petition to Enroll Foreign Judgment in the lawsuit styled Vaughn Perret, Charles Leary and Trout Point Lodge Ltd, Civil Action No. 14-0197, in the Circuit Court of Hancock County, Mississippi.

2.  The Defendant, Douglas Handshoe, was served with notice of such filing on June 5, 2014.

3.  Removal is proper under 28 U.S.C. § 4103 because Plaintiffs' suit involves a Federal question. Specifically, Plaintiffs have alleged defamation via Internet by Defendant in securing rendition of foreign judgments[1] against Defendant in the Supreme

---

[1] Plaintiffs, with the assistance of Nova Scotia Supreme Court and over the objection of defendant Handshoe, essentially bifurcated an amended Civil Action post judgment between the defamation torts Plaintiffs' had previously successfully argued in Nova Scotia were integral to the copyright torts alleged in their amended action. Plaintiffs now attempt to enroll only a portion of the whole in an attempt to defeat the requirements of 28 U.S.C. §§ 4101 et seq.

1

Court of Nova Scotia, Canada on or about February 26, 2014 in the civil action styled Trout Point Lodge Ltd., Charles Leary & Vaughn Perret v Douglas Handshoe.[2]

4. Venue is proper in this district under 28 U.S.C. § 1441 (a) because the State Court where the action has been pending is located in this district.

5. This Notice is being filed with this Court within Thirty (30) days after Defendant received a copy of the Plaintiffs' initial pleading, Petition to Enroll Foreign Judgment.

6. Defendant would further show that true and correct copies of all process, pleadings and orders filed to date in the above State Court action served upon Defendant are attached hereto as Exhibit "A"; and that no other process, pleadings or orders have been served upon Defendant to date in this action.

7. Defendant files this Notice with waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiffs' above described foreign judgment can be enrolled or enforced.

8. Defendant is filing contemporaneously with this Notice, a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Hancock County, Mississippi, informing the Honorable Clerk that this action is being removed. A copy of said Notice of Filing Notice of removal is attached as Exhibit "B".

---

[2] The is the second attempt by instant Plaintiffs to enroll a foreign defamation award against defendant Handshoe for exposing their roles in a bribery and money laundering scheme involving self-admitted felon Aaron Broussard, Parish of Jefferson third party contractors and the Resort at Trout Point Lodge, Nova Scotia, on whose behalf Plaintiffs acted as financial intermediary conducting sham financial transactions with a Louisiana registered LLC, Nova Scotia Enterprises, LLC which owed nothing of value in the Province of Nova Scotia. Nova Scotia Enterprises LLC was owned by Broussard and his ex-wife Karen Parker. It was identified by Federal prosecutors as a Broussard bribery scheme, among other illegal acts alleged against Broussard by United States prosecutors.

Defendant prays that this Court take jurisdiction of this action to its conclusion, to the exclusion of any further proceedings in the State Court in accordance with the law. Defendant also prays for such other and further relief to which he may be justly entitled.

Respectfully submitted this 11th day of June, 2014,

_____

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Notice of Removal to the following via United States Mail:

>M. Judith Barnett, Esq.
>1911 Dunbarton Drive
>Jackson, MS 39216
>Telephone: (601) 981-4450
>Facsimile: (601) 981-4717
>mjbarnettpa@yahoo.com
>*Attorney for Plaintiffs*

I, Douglas Handshoe, certify I have hand delivered a true and correct copy unto:

>Honorable Karen Ladner Ruhr
>Circuit Clerk of Hancock County, Mississippi
>152 Main Street, Suite B
>Bay St Louis, MS 39520

Respectfully submitted this 11th day of June, 2014,

_____
Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com