Exhibit "B"

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

| | | |
|---|---|---|
| VAUGHN PERRET | ) | |
| CHARLES LEARY | ) | PLAINTIFFS |
| TROUT POINT LODGE, LTD, A Nova | ) | |
| Limited Company | ) | |
| | ) | |
| v. | ) | Civil Action No._____ |
| | ) | |
| DOUGLAS HANDSHOE | ) | DEFENDANT |

### NOTICE OF FILING OF REMOVAL

Defendant hereby gives notice that he has filed a Notice of Removal in the United States District Court for the Southern District of Mississippi in the case styled Vaughn Perret, Charles Leary and Trout Point Lodge Limited, Civil Action No. 14-0197. A copy of the Notice of removal is attached as Exhibit "1".

Respectfully submitted this 11th day of June, 2014,

_____

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Notice of Filing of Notice of Removal to the following via United States Mail:

M. Judith Barnett, Esq.
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com
*Attorney for Plaintiffs*

Respectfully submitted this 11th day of June, 2014,

_____
Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com