IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
        F I L E D
       JUN 13 2014
       ARTHUR JOHNSTON
BY_____ DEPUTY
```

| | | |
|---|---|---|
| VAUGHN PERRET | ) | |
| CHARLES LEARY | ) | PLAINTIFFS |
| TROUT POINT LODGE, LTD, A Nova | ) | |
| Limited Company | ) | |
| | ) | |
| v. | ) | Civil Action No.1:14cv241 LG-JMR |
| | ) | |
| DOUGLAS HANDSHOE | ) | DEFENDANT |
| | ) | |

## MOTION FOR SECURITY FOR COSTS

**NOW INTO COURT**, comes Douglas Handshoe, who files this Motion for Security for Costs as discussed more fully in the accompanying Memorandum in Support.

**WHEREFORE**, Defendant prays that this Court grant Motion for Security for Costs, and require Plaintiffs to post a cash or surety bond from a company licensed to do business in the State of Mississippi in the amount of Three Thousand Five-Hundred Dollars ($3,500) or other amount determined reasonable by the Court, or that Plaintiffs claims be dismissed with prejudice.

Respectfully submitted this 13th day of June, 2014,

_____

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Motion for Security for Costs to the following via United States Mail:

M. Judith Barnett, Esq.
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com
*Attorney for Plaintiffs*

Respectfully submitted this 13th day of June, 2014,

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com