**STATE OF MISSISSIPPI**
**IN THE CIRCUIT COURT OF HANCOCK COUNTY**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 17 2014
ARTHUR JOHNSTON
DEPUTY

I, Karen Ladner Ruhr, Clerk of the Circuit Court of Hancock County, Mississippi do certify that the following constitutes a true and correct copy and literal transcript of the *Complete file being Vaughn Perret, etal us Douglas Handshoe, Case #14-0144.* as the same now appears on file in my office of record.

AND I FURTHER CERTIFY that said Circuit Court is a Court of record with an official seal, and that I, as clerk of said Circuit Court, am the custodian of the records and of the seal of said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this said Court, at the City of Bay St. Louis, on this the *16th* day of *June* in the year of our Lord, two thousand and fourteen.

KAREN LADNER RUHR
CLERK OF THE CIRCUIT COURT
HANCOCK COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

I, *John C. Gargiulo*, a Judge of the Second Circuit Court District of the State of Mississippi, said district including the County of Hancock, do hereby certify that Karen Ladner Ruhr's genuine signature appears to the annexed and foregoing attestation, is now, and was at the date hereof, the Clerk of the Circuit Court of Hancock County, in said State duly elected and qualified, and that her said attestation is in due form.

Witness my signature, this the *16th* day of *June* A.D., 2014.

CIRCUIT COURT JUDGE

STATE OF MISSISSIPPI
COUNTY OF HANCOCK

I, the undersigned Clerk of the Circuit Court of the County of Hancock, in said State (said court being a court of record and having a seal), do hereby certify that *John C. Gargiulo* whose genuine signature appears to the annexed and foregoing attestation, is now, and was at the date thereof a Judge of the Second Circuit Court District of said State, which said District includes the said County of Hancock and that said *John C. Gargiulo*, as aforesaid, is now, and was at the date of said attestation duly commissioned and qualified.

GIVEN UNDER my hand and seal of office, at Bay St. Louis, Mississippi, this the *16th* day of *June* A.D., 2014.

KAREN LADNER RUHR
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**VAUGHN PERRET**
**CHARLES LEARY**
**TROUT POINT LODGE LIMITED** FILED                               **PLAINTIFFS**

**VS.**                          JUN 02 2014      CIVIL ACTION NO.: __14-0197__

**DOUGLAS HANDSHOE**   KAREN LADNER RUHR                          **DEFENDANT**
                        CIRCUIT CLERK HANCOCK CO
                        BY _____ D C

---

### PETITION TO ENROLL FOREIGN JUDGMENT

---

    **COME NOW** the Plaintiffs and file this their *Petition to Enroll Foreign Judgment* by and through the undersigned counsel and in support thereof would show unto the Court the following, to-wit:

1.

    Vaughn Perret and Charles Leary are actual adult bona fide residents of Nova Scotia and are the principles in Trout Point Lodge Limited, a Nova Scotia company existing by virtue of the laws of Nova Scotia.

    Douglas Handshoe is an actual adult bona fide resident citizen of Hancock County and may be served with process of this Court at 214 Corinth Drive, Bay St. Louis, MS 39520 or wherever he may be found.

2.

    That on or about February 26, 2014, the Supreme Court of Nova Scotia entered an Order finding that the Defendant, Douglas Handshoe was found liable for copyright infringement under the Canada Copyright Act to the Plaintiffs as follows:

> **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Charles Leary;

**THAT** the Defendant Douglas K. Handshoe pay the sum of forty thousand
Canadian dollars ($40,000) in statutory damages to Trout Point Lodge, Ltd.;

**THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand
Canadian dollars ($20,000) in statutory damages to Vaughn Perret;

**THAT** the Defendant Douglas K. Handshoe pay all of the Plaintiffs the sum of
one hundred thousand Canadian dollars ($100,000) in punitive damages.

A copy of same is attached hereto and made a part hereof as if fully copied in words and
figures.

3.

Mr. Handshoe was personally served and was present for this hearing and is and was

aware of his financial responsibility yet he has chosen not to satisfy the judgement nor make any

attempt to satisfy this judgment.

4.

This Judgment rendered by the Nova Scotia Supreme Court is protected by and should be

enforced under the comity between the United States of America and Canada along with various

treaties and agreements such as the Berne Convention for the Protection of Literary and Artistic

Works and NAFTA.

5.

Our Supreme Court has held and opined that holding foreign decrees enforceable unless

contrary to Mississippi public policy . *Laskosky v. Laskosky,* 450 So. 726 (Miss. 1987).  The

Judgment is being entered under the Articles of Congress which is attached hereto and made a

part hereof as if fully copied in words in figures.  The Articles of Congress give credence to the

validity of the Judgment and its enforceability under Full Faith and Credit.

6.

This Court should immediately enroll this Judgment on the Judgment Books of Hancock

County, Mississippi where the Defendant holds property. This Court should also set a time certain for the Plaintiffs to conduct a Mississippi Rule of Civil Procedure 69 post judgment creditor examination in the Courthouse at a time when the Circuit Court Judge is available to intervene should problems arise.

**WHEREFORE, PREMISES CONSIDERED** this Honorable Court should receive and file the *Petition to Enroll Foreign Judgment* and to let process issue upon the Defendant giving him twenty (20) days within which to respond and upon a hearing on the merits enroll the foreign judgment and set a date for the MRCP 69.

**RESPECTFULLY SUBMITTED,** this the ⟋⟍ day of May, 2014.

> VAUGHN PERRET
> CHARLES LEARY
> TROUT PONT LODGE LIMITED
>
> BY: _____
>
> **M. JUDITH BARNETT, THEIR ATTORNEY**

**M. JUDITH BARNETT (MSB #99766)**
**M. JUDITH BARNETT, P.A.**
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com

## CERTIFICATE OF SERVICE

**THIS** is to certify that I, M. Judith Barnett, have this date served, via United States mail, postage prepaid, a true and correct copy of the above and foregoing document to:

>       Douglas Handshoe
>       214 Corinth Drive
>       Bay St. Louis, MS 39520

**THIS** the ⅔ day of **May, 2014**.

**M. JUDITH BARNETT**

Page 4 of 4

## SUPREME COURT OF NOVA SCOTIA
### CERTIFICATE

I, _Gael O'Keefe_____, Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, Canada, do certify that the following constitutes a true and correct copy and a literal transcript of the Order regarding damages for copyright infringement of Supreme Court Justice Kevin Coady in the matter of **Trout Point Lodge, Limited, Charles Leary, and Vaughn Perret versus Douglas K. Handshoe, No. 411345**, dated February 26, 2014, and initialled by Justice Coady, as the same now appears on file in my office of record.

AND I FURTHER CERTIFY that said Supreme Court of Nova Scotia is a court of record with an official seal, and that I as Prothonotary of Said Supreme Court of Nova Scotia, am the custodian of records and of the seal of Said Court.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the seal of this said Court, at the city of Halifax, Nova Scotia, on this _7th_ day of _March_____ in the year of our lord two-thousand and fourteen.

_Gael OKeefe_____ (sign)

_Gael OKeefe_____ (print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA

PROVINCE OF NOVA SCOTIA

I, **KEVIN COADY**_____, a Justice of the Supreme Court of Nova Scotia, do hereby certify that _GAEL O'KEEFE_____ (Prothonotary) who's true signature appears to the forgoing Certificate is now and was at the date of said Certificate, the Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, duly qualified according to law and that her said Certificate is in due form of law; that the seal hereto attached is the genuine seal of said Supreme Court of Nova Scotia, and that Said Court is a Court of Record.

Witness my signature, this _10_ day of _MARCH_____ A.D. 2014

_____
JUSTICE

SUPREME COURT OF NOVA SCOTIA

I _Caroline McInnes_____, Prothonotary of the Supreme Court of Nova Scotia, do hereby certify that _Justice Kevin Coady_____, who's signature appears to the annexed and foregoing attestation, is now and was at the date of said Certificate, a Justice of the Supreme Court of Nova Scotia, duly appointed by lawful authority and legally qualified, and that the Certificate and Attestation are in due form of law, and that the Supreme Court of Nova Scotia is the highest trial court in the Province of Nova Scotia and a Court of Record.

_____ (sign)

_Caroline McInnes_ (print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA

EXHIBIT
" A "

Htx No. 411343

# SUPREME COURT OF NOVA SCOTIA

**BETWEEN:**

### Trout Point Lodge Ltd., Charles Leary & Vaughn Perret

Plaintiff

- and -

### Douglas K. Handshoe

Defendant

*Certified to be a true and correct copy of original document herein*

March 7, 2014

**GAEL O'KEEFE**
Deputy Prothonotary

Date

S.G.D.
K.C.
J.

# ORDER

## BEFORE THE HONOURABLE JUSTICE KEVIN COADY:

**WHEREAS** the Court is satisfied that the Defendant Douglas K. Handshoe was personally served with notice of this action;

**AND WHEREAS** the Defendant Douglas K. Handshoe filed a Demand for Notice and did not file a Defence to this action;

**AND WHEREAS** the Court is satisfied that the Defendant Douglas K. Handshoe received notice of this assessment of damages;

**AND AFTER HAVING REVIEWED** the Plaintiff's evidence, exhibits and submissions and being satisfied that the Defendant Douglas K. Handshoe infringed all three plaintiffs copyright in photographic images throughout 2012 and 2013.

### IT IS ORDERED:

1.      **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Charles Leary;

2.      **THAT** the Defendant Douglas K. Handshoe pay the sum of forty thousand Canadian dollars ($40,000) in statutory damages to Trout Point Lodge Ltd.;

3.      **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Vaughn Perret;

4.      **THAT** the Defendant Douglas K. Handshoe pay all the Plaintiffs the sum of one hundred thousand Canadian dollars ($100,000) in punitive damages.

**DATED** at Halifax, Nova Scotia, this **26**th day of **February, 2014**.

Gail O'Keefe
_____

**Prothonotary**

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court          Form AOC/01
Administrative Office of Courts          (Rev 2009)

**Court Identification Docket #**

County #: 2 3 | Judicial District: 1 | Court ID (CH, CI, CO): C I

**Case Year:** 2 0 1 4

**Docket Number:** 0 0 1 1 9 7

**Local Docket ID:**

Month: 0 6 | Date: 0 2 | Year: 1 4
This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the **CIRCUIT** Court of **HANCOCK** County — Judicial District

## Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual** — Last Name: Perret | First Name: Vaughn | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

**Business** — Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

Address of Plaintiff

**Attorney (Name & Address)** M. Judith Barnett, M. Judith Barnett, PA, 1911 Dunbarton Dr. Jackson, 39216   **MS Bar No.** 99766

___ Check ( x ) if Individual Filing Initial Pleading is NOT an Attorney
Signature of Individual Filing:

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual** — Last Name: Handshoe | First Name: Douglas | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

**Business** — Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

**Attorney (Name & Address) - If Known**          MS Bar No.

**Damages Sought:** Compensatory $ _____ Punitive $ _____   Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

### Domestic Relations
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

### Appeals
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other

### Business/Commercial
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [X] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

### Probate
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other

### Children/Minors - Non-Domestic
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other

### Civil Rights
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

### Contract
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

### Statutes/Rules
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

### Real Property
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

### Torts
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

IN THE <u>CIRCUIT</u> COURT OF <u>HANCOCK</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____
File Yr          Chronological No.          Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94_____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual**: <u>Leary</u> <u>Charles</u> ( _____ ) _____ _____
        Last Name          First Name          Maiden Name, if Applicable          Middle Init.          Jr/Sr/II/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** <u>99766</u> Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual**: _____ _____ ( _____ ) _____ _____
        Last Name          First Name          Maiden Name, if Applicable          Middle Init.          Jr/Sr/II/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** <u>Troutpoint Lodge Limited</u>_____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** <u>99766</u> Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual**: _____ _____ ( _____ ) _____ _____
        Last Name          First Name          Maiden Name, if Applicable          Middle Init.          Jr/Sr/II/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

# M. JUDITH BARNETT, P.A.

## Attorneys at Law

**1911 Dunbarton Drive**
**Jackson, Mississippi 39216**
Telephone: 601.981.4450 • Facsimile: 601.981.4717

M. Judith Barnett                                           mjbarnettpa@yahoo.com
Jeanine M. Carafello                                        jcarafello@comcast.net
Catherine Lee                                               catherinelee@judybarnettpa.com

May 28, 2014

Honorable Karen Ladner Ruhr
Hancock County Circuit Clerk                                14-0197
152 Main Street, Suite B
Bay St. Louis, Mississippi 39520

   Re: *Vaughn Perret, et al. vs. Douglas Handshoe*
     In the Circuit Court of Hancock County, Mississippi

Dear Ms. Ruhr:

   Enclosed for filing please find the original and two (2) copies of the following document in the above-referenced matter:

   1. *Petition to Enroll Foreign Judgment*

   If you would, please file the original document in your usual manner and return the stamped "filed" copies to my office in the franked envelope provided.

   Thank you for your assistance in this matter.

       Sincerely yours,

       M. JUDITH BARNETT, P.A.

       M. Judith Barnett

MJB/mmk
enclosures
cc: file

FILED

JUN 0 2 2014

KAREN LADNER RUHR
CIRCUIT CLERK HANCOCK CO
BY _____ D C

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

*Vaughn Perret*
*Charles Leary*
*Trout Point Lodge Limited*

**VERSUS**

CAUSE NO. 14-0197

*Douglas Handshoe*

### CLERK'S NOTICE OF FILING OF FOREIGN JUDGMENT

COMES NOW Judgment Creditor, *Vaughn Perret Charles Leary & Trout Point Lodge Limited* and

files this its' Notice of filing Foreign Judgment as follows:

1. The name and address of the Judgment Creditor is *Vaughn Perret, Charles Leary & Trout Point Lodge Limited*

2. The name and address of the Judgment Creditor's Attorney in the State of
Mississippi is *M. Judith Barnett - 1911 Dunbarton Dr. Jackson, MS. 39216*

3. A true and accurate copy of the Judgment in favor of *Vaughn Perret, Charles Leary & Trout Point Lodge Limited*

   is attached; and

4. The name and address of the Judgment Debtor is: *Douglas Handshoe 214 Corinth Dr. Bay St. Louis, MS. 39520*

This the 2nd day of *June* 2014.

Karen Ladner Ruhr
Circuit Clerk
Hancock County, Ms

By _____ D.C.

```
                FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

        PERRET, VAUGHN & CHARLES LEARY ET AL VS HANDSHOE, DOUGLAS

Case # 14-0197          Acct #        Paid By CHECK 4932      Rct#  27692
------------------------------------------------------------------------
              CLERK'S FEES                        85.00
              JURY TAX                             3.00
              COURT REPORTERS FEE                 10.00
              LAW LIBRARY                          2.50
              COURT ADMINISTRATOR                  2.00
              STATE CT ED FUND                     2.00
              COURT CONSTITUENTS                    .50
              ELECTRONIC COURT                    10.00
              LEGAL ASSISTANCE                      5.00
              JUDICIAL FUND-JUDGE RAISE           40.00
              ARCHIVE FEE                          1.00




                                          ===========
                                  Total   $    161.00
------------------------------------------------------------------------


Payment received from M. JUDITH BARNETT, P.A.



Transaction   29432 Received  6/ 2/2014 at 15:53 Drawer    1 I.D. KENDRA

Current Balance Due         $0.00            Receipt Amount $    161.00

   By _____ D.C.  Karen Ladner Ruhr, Circuit Clerk


Case # 14-0197          Acct #        Paid By CHECK 4932      Rct#  27692
```



**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

BAY SAINT LOUIS, MS
JUN 03 2014
39520 USPS

Sent To  Douglas Hardace

Street, Apt. No.; or PO Box No.  214 Corinth Dr.

City, State, ZIP+4  Bay St. Louis, MS 395

7009 2820 0000 5986 9764

PS Form 3800, August 2006         See Reverse for Instructions

FILED

JUN 04 2014

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO
BY _____ D.C

14-0197

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Douglas Handshoe
214 Corinth Dr.
Bay St. Louis, MS.
   39520

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                   6/5/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2820 0000 5986 9764

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

FILED

JUN 0 6 2014

KAREN LADNER
CIRCUIT CLERK
BY

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

| | | |
|---|---|---|
| VAUGHN PERRET | ) | |
| CHARLES LEARY | ) | PLAINTIFFS |
| TROUT POINT LODGE, LTD, A Nova | ) | |
| Limited Company | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-0197 |
| | ) | |
| DOUGLAS HANDSHOE | ) | DEFENDANT |

## NOTICE OF FILING OF REMOVAL

Defendant hereby gives notice that he has filed a Notice of Removal in the United States

District Court for the Southern District of Mississippi in the case styled Vaughn Perret, Charles

Leary and Trout Point Lodge Limited, Civil Action No. 14-0197. A copy of the Notice of

removal is attached as Exhibit "1".

Respectfully submitted this 11th day of June, 2014,

_____

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

FILED

JUN 1 1 2014

KAREN LADNER RUHR
CIRCUIT CLERK HANCOCK CO
BY_____ D.C

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Notice of Filing of Notice of Removal to the following via United States Mail:

M. Judith Barnett, Esq.
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com
*Attorney for Plaintiffs*

Respectfully submitted this 11th day of June, 2014,

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

*Exhibit 1*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VAUGHN PERRET                              )
CHARLES LEARY                              )        PLAINTIFFS
TROUT POINT LODGE, LTD, A Nova             )
Limited Company                            )
                                           )
v.                                         )        Civil Action No. 1:14cv241LG-JmR
                                           )
DOUGLAS HANDSHOE                           )        DEFENDANT
                                           )

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant, Douglas Handshoe, files this Notice of

Removal of the Civil Action filed against him by Plaintiffs, Vaughn Perret, Charles Leary and

Trout Point Lodge, Ltd, and states as follows.

1. On June 2, 2014, Plaintiffs' filed their Petition to Enroll Foreign Judgment in the

lawsuit styled Vaughn Perret, Charles Leary and Trout Point Lodge Ltd, Civil Action

No. 14-0197, in the Circuit Court of Hancock County, Mississippi.

2. The Defendant, Douglas Handshoe, was served with notice of such filing on June

5, 2014.

3. Removal is proper under 28 U.S.C. § 4103 because Plaintiffs' suit involves a

Federal question. Specifically, Plaintiffs have alleged defamation via Internet by

Defendant in securing rendition of foreign judgments[1] against Defendant in the Supreme

---

[1] Plaintiffs, with the assistance of Nova Scotia Supreme Court and over the objection of defendant Handshoe, essentially bifurcated an amended Civil Action post judgment between the defamation torts Plaintiffs' had previously successfully argued in Nova Scotia were integral to the copyright torts alleged in their amended action. Plaintiffs now attempt to enroll only a portion of the whole in an attempt to defeat the requirements of 28 U.S.C. §§ 4101 et seq.

1

Court of Nova Scotia, Canada on or about February 26, 2014 in the civil action styled

Trout Point Lodge Ltd., Charles Leary & Vaughn Perret v Douglas Handshoe.[2]

4.   Venue is proper in this district under 28 U.S.C. § 1441 (a) because the State Court where the action has been pending is located in this district.

5.   This Notice is being filed with this Court within Thirty (30) days after Defendant received a copy of the Plaintiffs' initial pleading, Petition to Enroll Foreign Judgment.

6.   Defendant would further show that true and correct copies of all process, pleadings and orders filed to date in the above State Court action served upon Defendant are attached hereto as Exhibit "A"; and that no other process, pleadings or orders have been served upon Defendant to date in this action.

7.   Defendant files this Notice with waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiffs' above described foreign judgment can be enrolled or enforced.

8.   Defendant is filing contemporaneously with this Notice, a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Hancock County, Mississippi, informing the Honorable Clerk that this action is being removed.  A copy of said Notice of Filing Notice of removal is attached as Exhibit "B".

---

[2] The is the second attempt by instant Plaintiffs to enroll a foreign defamation award against defendant Handshoe for exposing their roles in a bribery and money laundering scheme involving self-admitted felon Aaron Broussard, Parish of Jefferson third party contractors and the Resort at Trout Point Lodge, Nova Scotia, on whose behalf Plaintiffs acted as financial intermediary conducting sham financial transactions with a Louisiana registered LLC, Nova Scotia Enterprises, LLC which owed nothing of value in the Province of Nova Scotia. Nova Scotia Enterprises LLC was owned by Broussard and his ex-wife Karen Parker. It was identified by Federal prosecutors as a Broussard bribery scheme, among other illegal acts alleged against Broussard by United States prosecutors.

Defendant prays that this Court take jurisdiction of this action to its conclusion, to the

exclusion of any further proceedings in the State Court in accordance with the law.  Defendant

also prays for such other and further relief to which he may be justly entitled.

Respectfully submitted this 11th day of June, 2014,


_____

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

3

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Notice of Removal to the following via United States Mail:

> M. Judith Barnett, Esq.
> 1911 Dunbarton Drive
> Jackson, MS 39216
> Telephone: (601) 981-4450
> Facsimile: (601) 981-4717
> mjbarnettpa@yahoo.com
> *Attorney for Plaintiffs*

I, Douglas Handshoe, certify I have hand delivered a true and correct copy unto:

> Honorable Karen Ladner Ruhr
> Circuit Clerk of Hancock County, Mississippi
> 152 Main Street, Suite B
> Bay St Louis, MS 39520

Respectfully submitted this 11th day of June, 2014,

_____

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

4

*Exhibit "A"*

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

Vaughn Perret
Charles Leary
Trout Point Lodge Limited
VERSUS                                    CAUSE NO. 14-0197

Douglas Handshoe

CLERK'S NOTICE OF FILING OF FOREIGN JUDGMENT

COMES NOW Judgment Creditor, Vaughn Perret, Charles Leary & and Trout Point Lodge Limited

files this its' Notice of filing Foreign Judgment as follows:

1.  The name and address of the Judgment Creditor is Vaughn Perret, Charles Leary & Trout Point Lodge Limited

2.  The name and address of the Judgment Creditor's Attorney in the State of Mississippi is M. Judith Barnett - 1911 Dunbarton D. Jackson, MS. 39216

3.  A true and accurate copy of the Judgment in favor of Vaughn Perret, Charles Leary & Trout Point Lodge Limited

    is attached; and

4.  The name and address of the Judgment Debtor is: Douglas Handshoe 214 Corinth Dr. Bay St. Louis, MS. 39520

This the 2nd day of June 2014.

Karen Ladner Ruhr
Circuit Clerk
Hancock County, Ms

By _____ D.C.

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

VAUGHN PERRET
CHARLES LEARY
TROUT POINT LODGE LIMITED                                          **PLAINTIFFS**

VS.                           JUN 0 2 2014    CIVIL ACTION NO.: ____14-0197____

DOUGLAS HANDSHOE                                  **DEFENDANT**

## PETITION TO ENROLL FOREIGN JUDGMENT

COME NOW the Plaintiffs and file this their *Petition to Enroll Foreign Judgment* by and through the undersigned counsel and in support thereof would show unto the Court the following, to-wit:

1.

Vaughn Perret and Charles Leary are actual adult bona fide residents of Nova Scotia and are the principles in Trout Point Lodge Limited, a Nova Scotia company existing by virtue of the laws of Nova Scotia.

Douglas Handshoe is an actual adult bona fide resident citizen of Hancock County and may be served with process of this Court at 214 Corinth Drive, Bay St. Louis, MS 39520 or wherever he may be found.

2.

That on or about February 26, 2014, the Supreme Court of Nova Scotia entered an Order finding that the Defendant, Douglas Handshoe was found liable for copyright infringement under the Canada Copyright Act to the Plaintiffs as follows:

THAT the Defendant Douglas K. Handshoe pay the sum of twenty thousand
Canadian dollars ($20,000) in statutory damages to Charles Leary;

**THAT** the Defendant Douglas K. Handshoe pay the sum of forty thousand Canadian dollars ($40,000) in statutory damages to Trout Point Lodge, Ltd.;

**THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Vaughn Perret;

**THAT** the Defendant Douglas K. Handshoe pay all of the Plaintiffs the sum of one hundred thousand Canadian dollars ($100,000) in punitive damages.

A copy of same is attached hereto and made a part hereof as if fully copied in words and figures.

3.

Mr. Handshoe was personally served and was present for this hearing and is and was aware of his financial responsibility yet he has chosen not to satisfy the judgement nor make any attempt to satisfy this judgment.

4.

This Judgment rendered by the Nova Scotia Supreme Court is protected by and should be enforced under the comity between the United States of America and Canada along with various treaties and agreements such as the Berne Convention for the Protection of Literary and Artistic Works and NAFTA.

5.

Our Supreme Court has held and opined that holding foreign decrees enforceable unless contrary to Mississippi public policy . *Laskosky v. Laskosky,* 450 So. 726 (Miss. 1987). The Judgment is being entered under the Articles of Congress which is attached hereto and made a part hereof as if fully copied in words in figures. The Articles of Congress give credence to the validity of the Judgment and its enforceability under Full Faith and Credit.

6.

This Court should immediately enroll this Judgment on the Judgment Books of Hancock

County, Mississippi where the Defendant holds property.  This Court should also set a time

certain for the Plaintiffs to conduct a Mississippi Rule of Civil Procedure 69 post judgment

creditor examination in the Courthouse at a time when the Circuit Court Judge is available to

intervene should problems arise.

      **WHEREFORE, PREMISES CONSIDERED** this Honorable Court should receive and

file the *Petition to Enroll Foreign Judgment* and to let process issue upon the Defendant giving

him twenty (20) days within which to respond and upon a hearing on the merits enroll the foreign

judgment and set a date for the MRCP 69.

      **RESPECTFULLY SUBMITTED**, this the ⸋⸋ day of May, 2014.

            **VAUGHN PERRET**
            **CHARLES LEARY**
            **TROUT PONT LODGE LIMITED**

      **BY:** _____
            **M. JUDITH BARNETT, THEIR ATTORNEY**

**M. JUDITH BARNETT (MSB #99766)**
**M. JUDITH BARNETT, P.A.**
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com

## CERTIFICATE OF SERVICE

THIS is to certify that I, M. Judith Barnett, have this date served, via United States mail, postage prepaid, a true and correct copy of the above and foregoing document to:

> Douglas Handshoe
> 214 Corinth Drive
> Bay St. Louis, MS 39520

THIS the ___ day of May, **2014**.

M. JUDITH BARNETT

# SUPREME COURT OF NOVA SCOTIA
## CERTIFICATE

I, _Gael O'Keefe_____, Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, Canada, do certify that the following constitutes a true and correct copy and a literal transcript of the Order regarding damages for copyright infringement of Supreme Court Justice Kevin Coady in the matter of **Trout Point Lodge, Limited, Charles Leary, and Vaughn Perret versus Douglas K. Handshoe, No. 411345, dated February 26, 2014**, and initialled by Justice Coady, as the same now appears on file in my office of record.

AND I FURTHER CERTIFY that said Supreme Court of Nova Scotia is a court of record with an official seal, and that I as Prothonotary of Said Supreme Court of Nova Scotia, am the custodian of records and of the seal of Said Court.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the seal of this said Court, at the city of Halifax, Nova Scotia, on this _7th_ day of _March_____ in the year of our lord two-thousand and fourteen.

_Gael O'Keefe_____ (sign)

_Gael O'Keefe_____ (print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA

PROVINCE OF NOVA SCOTIA

I, **KEVIN COADY**_____, a Justice of the Supreme Court of Nova Scotia, do hereby certify that _GAIL O'KEEFE_____ (Prothonotary) who's true signature appears to the forgoing Certificate is now and was at the date of said Certificate, the Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, duly qualified according to law and that her said Certificate is in due form of law; that the seal hereto attached is the genuine seal of said Supreme Court of Nova Scotia, and that Said Court is a Court of Record.

Witness my signature, this _10_ day of _MARCH_____ A.D. 2014

JUSTICE

SUPREME COURT OF NOVA SCOTIA

I _Caroline McInnes_____ Prothonotary of the Supreme Court of Nova Scotia, do hereby certify that _Justice Kevin Coady_____, who's signature appears to the annexed and foregoing attestation, is now and was at the date of said Certificate, a Justice of the Supreme Court of Nova Scotia, duly appointed by lawful authority and legally qualified, and that the Certificate and Attestation are in due form of law, and that the Supreme Court of Nova Scotia is the highest trail court in the Province of Nova Scotia and a Court of Record.

_Caroline McInnes_____ (sign)

_Caroline McInnes_____ (print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA



EXHIBIT
"A"

# SUPREME COURT OF NOVA SCOTIA

BETWEEN:

### Trout Point Lodge Ltd., Charles Leary & Vaughn Perret

Plaintiff

- and -

### Douglas K. Handshoe

Defendant

*Certified to be a true and correct copy of original document herein*

GAEL O'KEEFE
Deputy Prothonotary

Date ___March 7, 2014___

S.G.D.
K.C.
J.

---

## ORDER

**BEFORE THE HONOURABLE JUSTICE KEVIN COADY:**

> **WHEREAS** the Court is satisfied that the Defendant Douglas K. Handshoe was personally served with notice of this action;

> **AND WHEREAS** the Defendant Douglas K. Handshoe filed a Demand for Notice and did not file a Defence to this action;

> **AND WHEREAS** the Court is satisfied that the Defendant Douglas K. Handshoe received notice of this assessment of damages;

> **AND AFTER HAVING REVIEWED** the Plaintiff's evidence, exhibits and submissions and being satisfied that the Defendant Douglas K. Handshoe infringed all three plaintiffs copyright in photographic images throughout 2012 and 2013.

### IT IS ORDERED:

1. **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Charles Leary;

2. **THAT** the Defendant Douglas K. Handshoe pay the sum of forty thousand Canadian dollars ($40,000) in statutory damages to Trout Point Lodge Ltd.;

3. **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Vaughn Perret;

4. **THAT** the Defendant Douglas K. Handshoe pay all the Plaintiffs the sum of one hundred thousand Canadian dollars ($100,000) in punitive damages.

**DATED** at Halifax, Nova Scotia, this **26th** day of **February, 2014.**

_Gael O'Keefe_

**Prothonotary**

*Exhibit "B"*

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

| | | |
|---|---|---|
| VAUGHN PERRET | ) | |
| CHARLES LEARY | ) | PLAINTIFFS |
| TROUT POINT LODGE, LTD, A Nova | ) | |
| Limited Company | ) | |
| | ) | |
| v. | ) | Civil Action No._____ |
| | ) | |
| DOUGLAS HANDSHOE | ) | DEFENDANT |

### NOTICE OF FILING OF REMOVAL

Defendant hereby gives notice that he has filed a Notice of Removal in the United States

District Court for the Southern District of Mississippi in the case styled Vaughn Perret, Charles

Leary and Trout Point Lodge Limited, Civil Action No. 14-0197. A copy of the Notice of

removal is attached as Exhibit "1".

Respectfully submitted this 11th day of June, 2014,

_____

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Notice of Filing of Notice of Removal to the following via United States Mail:

M. Judith Barnett, Esq.
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com
*Attorney for Plaintiffs*

Respectfully submitted this 11th day of June, 2014,

_____
Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com