**SLABBED NEW MEDIA, LLC**

The Alternative New Media for the Gulf South

**Via Hand Delivery**

June 17, 2014

Honorable Arthur Johnston, Clerk of Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

RE:   Perret et al v Handshoe
      Case No. 14cv241

Dear Clerk:

Pursuant to Rule L.U.Civ.R. 5(b), enclosed herewith is the Circuit Clerk Certified copy of the State Court record in the above captioned matter. Please file the attached into the official court record in accordance with local rules.

I thank you in advance for your assistance in this matter.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (228) 284-0004
Facsimile: (601) 928-5129

Enclosure

cc:   M. Judith Barnett, Esq. (With Enclosure)

RECEIVED
JUN 17 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.