IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| VAUGHN PERRET | ) | |
| CHARLES LEARY | ) | PLAINTIFFS |
| TROUT POINT LODGE, LTD, A Nova | ) | |
| Limited Company | ) | |
| | ) | |
| v. | ) | Civil Action No.1:14cv241-LG-JMR |
| | ) | |
| DOUGLAS HANDSHOE | ) | DEFENDANT |
| | ) | |

## DEFENSES AND ANSWER TO PETITION TO ENROLL FOREIGN JUDGMENT

**NOW INTO COURT**, comes Douglas Handshoe, who files this, his defenses and answer against Vaughn Perret, Charles Leary and Trout Point Lodge, Ltd., and in support thereof respectfully states as follows:

### FIRST DEFENSE

The Canadian court did not have personal jurisdiction over the defendant.

### SECOND DEFENSE

The legal doctrine of Res Judicata bars this action.

### THIRD DEFENSE

The Canadian court lacked subject matter jurisdiction over United States based images and copyright law.

### FOUTH DEFENSE

The SPEECH Act of 2010 bars enforcement of this foreign judgment.

### FIFTH DEFENSE

The defendant will rely on all defenses at the time of trial. Defendant reserves the right to amend this Answer and supplement its affirmative Defenses as additional information becomes available.

1

## **ANSWER TO PETITION TO ENROLL FOREIGN JUDGMENT**

1. Admitted

2. It is Admitted that the Canadian court bifurcated this action post judgment into multiple component judgments.

3. The allegations in this paragraph are denied.

4. The allegation in this paragraph is denied.

5. This paragraph contains no allegation.

6. This paragraph contains no allegation.

Defendant prays that this Court, pursuant to the SPEECH Act of 2010 declare all the judgments that constitute this instant action as repugnant to the Constitution of the United States and dismiss this action. Further, Defendant prays this court, pursuant to the SPEECH Act of 2010 award him all fees and costs associated with this action.

Respectfully submitted this 25th day of June, 2014,

_____

Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Defenses and Answer to the following via United States Mail:

M. Judith Barnett, Esq.
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com
*Attorney for Plaintiffs*

                                      Respectfully submitted this 25th day of June, 2014,

                                      _____

                                      Defendant
                                      Douglas Handshoe
                                      214 Corinth Drive
                                      Bay St Louis, MS 39520
                                      (601) 928-5380
                                      earning04@gmail.com



RECEIVED
JUN 26 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

CLERK OF THE US DISTRICT COURT
DAN M. RUSSELL, JR. UNITED STATES COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501

DOUGLAS K. HANDSHOE
214 CORINTH DRIVE
BAY ST LOUIS, MS 39520