## SUPREME COURT OF NOVA SCOTIA
## CERTIFICATE

I, **Gael O'Keefe**, Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, Canada, do certify that the following constitutes a true and correct copy and a literal transcript of the Order regarding damages for copyright infringement of Supreme Court Justice Kevin Coady in the matter of **Trout Point Lodge, Limited, Charles Leary, and Vaughn Perret versus Douglas K. Handshoe, No. 411345**, dated February 26, 2014, and initialled by Justice Coady, as the same now appears on file in my office of record.

AND I FURTHER CERTIFY that said Supreme Court of Nova Scotia is a court of record with an official seal, and that I as Prothonotary of Said Supreme Court of Nova Scotia, am the custodian of records and of the seal of Said Court.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the seal of this said Court, at the city of Halifax, Nova Scotia, on this **7th** day of **March** in the year of our lord two-thousand and fourteen.

_Gael O'Keefe_ (sign)
_Gael O'Keefe_ (print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA

PROVINCE OF NOVA SCOTIA

I, **KEVIN COADY**, a Justice of the Supreme Court of Nova Scotia, do hereby certify that **GAEL O'KEEFE** (Prothonotary) who's true signature appears to the forgoing Certificate is now and was at the date of said Certificate, the Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, duly qualified according to law and that her said Certificate is in due form of law; that the seal hereto attached is the genuine seal of said Supreme Court of Nova Scotia, and that Said Court is a Court of Record.

Witness my signature, this **10** day of **MARCH** A.D. 2014

_____
JUSTICE

SUPREME COURT OF NOVA SCOTIA

I **Caroline McInnes**, Prothonotary of the Supreme Court of Nova Scotia, do hereby certify that **Justice Kevin Coady**, who's signature appears to the annexed and foregoing attestation, is now and was at the date of said Certificate, a Justice of the Supreme Court of Nova Scotia, duly appointed by lawful authority and legally qualified, and that the Certificate and Attestation are in due form of law, and that the Supreme Court of Nova Scotia is the highest trail court in the Province of Nova Scotia and a Court of Record.

_Caroline McInnes_ (sign)
_Caroline McInnes_ (print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA



EXHIBIT "A"