IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG -5 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

## ORDER TO REASSIGN

IN ORDER TO equitably manage and distribute the caseload of the court in light of the retirement of Chief Magistrate Judge John M. Roper, by agreement of the judges, and pursuant to the authority of the court as set forth in Internal Rule 1 as amended effective August 1, 2014, the court finds that each of the cases listed on the attached Exhibit "A" should be and they are hereby reassigned from Chief Magistrate Judge Roper to Magistrate Judge John C. Gargiulo.

**Any matters which have been scheduled in these cases before Chief Magistrate Judge Roper will be rescheduled and noticed by Magistrate Judge Gargiulo.**

SO ORDERED AND ADJUDGED this the 5th day of August, 2014.

s/ Louis Guirola, Jr.
LOUIS GUIROLA, JR.
CHIEF U. S. DISTRICT JUDGE

| Case Number | Case Name |
|---|---|
| 1:09-cv-00146-LG-JMR | Baker v. Harrison County, Mississippi et al |
| 1:10-cv-00199-HSO-JMR | Runnels v. Doug Boyd Enterprises, LLC |
| 1:11-cv-00347-LG-JMR | Shavers v. Bechtel National, Inc. et al |
| 1:11-cv-00393-LG-JMR | Garziano et al v. Louisiana Log Home Company, Inc. |
| 1:11-cv-00402-LG-JMR | Providence Health Services v. Biloxi Radiation Oncology Center, LLC |
| 1:11-cv-00421-LG-JMR | Connor v. Shavers et al |
| 1:12-cv-00009-LG-JMR | U.S. Specialty Insurance Company v. G&C Construction, LLC et al |
| 1:12-cv-00047-LG-JMR | Promenade D' Iberville, LLC v. Factory Mutual Insurance Company et al |
| 1:12-cv-00197-LG-JMR | Stewart v. Treasure Bay Casino |
| 1:12-cv-00315-LG-JMR | Marchetta et al v. Burks Outlet Store of Picayune, Mississippi |
| 1:12-cv-00364-LG-JMR | Jackson v. State of Mississippi et al |
| 1:12-cv-00379-LG-JMR | Marquar v. NBank N.A. et al |
| 1:12-cv-00387-LG-JMR | Gholar v. A O Safety et al |
| 1:12-cv-00393-LG-JMR *SEALED* | Qui tam |
| 1:12-cv-00401-LG-JMR | Lett v. City of Biloxi, Mississippi et al |
| 1:13-cv-00008-LG-JMR | Guy et al v. Picayune School District |
| 1:13-cv-00024-LG-JMR | Regions Bank v. A-1 Flooring Supplies & Storage, Inc. et al |
| 1:13-cv-00030-LG-JMR | Laurent v. Shaw |
| 1:13-cv-00031-LG-JMR | Mitchell v. Schindler Elevator Co. et al |
| 1:13-cv-00048-LG-JMR | Tripp et al v. Burrows et al |
| 1:13-cv-00100-LG-JMR | Eberline v. Media Net LLC et al |
| 1:13-cv-00102-LG-JMR | Hooper et al v. Biloxi Regional Medical Center, Inc. et al |
| 1:13-cv-00104-LG-JMR | Wolfe v. Tobacco Express, II, Inc. et al |
| 1:13-cv-00113-LG-JMR | Gonzales v. The Response Group, Inc. |
| 1:13-cv-00195-LG-JMR | Jordan et al v. Premier Entertainment Biloxi, LLC et al |
| 1:13-cv-00197-LG-JMR | Nightengale v. Stone County School District et al |
| 1:13-cv-00198-LG-JMR | Venuto v. Jackson County, Mississippi et al |
| 1:13-cv-00202-LG-JMR | Lehman v. Byrd & Wiser et al |
| 1:13-cv-00212-LG-JMR | Staten v. City of D'Iberville et al |
| 1:13-cv-00213-LG-JMR | U.S. ex rel. et al v. Bechtel National Company, Inc. |
| 1:13-cv-00223-LG-JMR | Fletcher et al v. Diamondhead Country Club and Property Owners Association, Inc. et al |
| 1:13-cv-00226-LG-JMR | Oster v. D2 Flying Effects, LLC |
| 1:13-cv-00244-LG-JMR | O'Keefe et al v. State Farm Mutual Automobile Insurance Company |
| 1:13-cv-00250-LG-JMR | Lehman v. Payne |

Exhibit A


| | |
|---|---|
| 1:13-cv-00257-LG-JMR | Watson v. Travelers Property Casualty Company of America |
| 1:13-cv-00259-LG-JMR | Daniel v. Crockett |
| 1:13-cv-00264-LG-JMR | Branch et al v. Baker et al |
| 1:13-cv-00287-LG-JMR | McCutcheon v. Mabus |
| 1:13-cv-00293-LG-JMR | Blacklidge Emulsions, Inc. v. Blankenship et al |
| 1:13-cv-00294-LG-JMR | Ditta v. Beau View Phase I Condominiums Owners Association, Inc. |
| 1:13-cv-00302-LG-JMR | Anderson v. Harrison County Adult Detention Center et al |
| 1:13-cv-00313-LG-JMR | Walker v. Marriot International et al |
| 1:13-cv-00326-LG-JMR | Creel et al v. Cavalier Home Builders, Inc. et al |
| 1:13-cv-00331-LG-JMR | Walker v. City of Gulfport et al |
| 1:13-cv-00341-LG-JMR | Foto v. Standard Insurance Company et al |
| 1:13-cv-00352-LG-JMR | Jenkins v. Island View Casino |
| 1:13-cv-00353-LG-JMR | Dixon et al v. Beau Rivage Resorts, Inc. et al |
| 1:13-cv-00362-LG-JMR | King v. Pascagoula, MS et al |
| 1:13-cv-00367-LG-JMR | Parker v. Byrd et al |
| 1:13-cv-00369-LG-JMR | Estorge et al v. Harshbarger et al |
| 1:13-cv-00375-LG-JMR | Everett v. State of Mississippi et al |
| 1:13-cv-00376-LG-JMR | Martin v. Ingalls Shipbuilding |
| 1:13-cv-00377-LG-JMR | Spicer v. Epps et al |
| 1:13-cv-00383-LG-JMR | Equal Employment Opportunity Commission v. Dollar General Corporation |
| 1:13-cv-00388-LG-JMR | United States of America v. Parker et al |
| 1:13-cv-00396-LG-JMR | Mesa Underwriters Specialty Insurance Company v. Daffy's On The River, Inc. et al |
| 1:13-cv-00399-LG-JMR | Fannie Mae v. Hurst et al |
| 1:13-cv-00403-LG-JMR | M.C.Y v. GPCH-GP, Inc. et al |
| 1:13-cv-00405-LG-JMR | Quarles v. Rite Way Service, Inc. et al |
| 1:13-cv-00407-LG-JMR | National Builders and Contractors Insurance Company v. Hartzler et al |
| 1:13-cv-00409-LG-JMR | Hilton v. Boyd Biloxi, LLC |
| 1:13-cv-00411-LG-JMR | Ware v. Wal-Mart Stores East, LP et al |
| 1:13-cv-00413-LG-JMR | Mitchell v. Curry |
| 1:13-cv-00422-LG-JMR | Kepfer v. City of Bay St. Louis |
| 1:13-cv-00439-LG-JMR | McCollum v. Puckett Machinery Company |
| 1:13-cv-00443-LG-JMR | Meyer v. Turner |
| 1:13-cv-00444-LG-JMR | Meyer v. Accredited Collection Agency, Inc. et al |
| 1:13-cv-00448-LG-JMR | SMAG, Inc. v. Landmark American Insurance Company |
| 1:13-cv-00453-LG-JMR | Brushaber v. Jackson County, Mississippi et al |

| Case Number | Case Name |
|---|---|
| 1:13-cv-00454-LG-JMR | Jackson v. City of Waveland et al |
| 1:13-cv-00457-LG-JMR | Arias v. Digital Opportunity Trust USA, Inc. et al |
| 1:13-cv-00459-LG-JMR | Davis v. Harrison County, Mississippi et al |
| 1:13-cv-00460-LG-JMR | Cook v. Harrison County, Mississippi et al |
| 1:13-cv-00467-LG-JMR | Alverson v. Harrison County, Mississippi et al |
| 1:13-cv-00470-LG-JMR | Kittle et al v. Bridges et al |
| 1:13-cv-00565-TSL-JMR | Roach v. The State of Mississippi et al |
| 1:13-cv-00573-LG-JMR | Valadon et al v. Jackson et al |
| 1:13-cv-00575-LG-JMR | Fortenberry v. Wal-Mart Stores, Inc. |
| 1:13-cv-00577-LG-JMR | Southern Fire & Casualty Company v. Risley et al |
| 1:13-cv-00580-LG-JMR | Nix v. Brewer |
| 1:14-cv-00001-LG-JMR | Parker v. State of Mississippi |
| 1:14-cv-00009-LG-JMR | Hancock Bank v. Duvall |
| 1:14-cv-00011-LG-JMR | Truax et al v. St. Paul Fire and Marine Insurance Company et al |
| 1:14-cv-00016-LG-JMR | J.H. Haynes Electric Company, Inc. v. Speegle Construction, Inc. et al |
| 1:14-cv-00018-LG-JMR | Delaughter v. Woodall et al |
| 1:14-cv-00020-LG-JMR | Elliott v. Huntington Ingalls, Inc. |
| 1:14-cv-00025-LG-JMR | Fairbanks v. United States of America et al |
| 1:14-cv-00028-LG-JMR | Williams et al v. Alliance Realty Capital LLC et al |
| 1:14-cv-00032-LG-JMR | Trautman v. Colvin |
| 1:14-cv-00037-LG-JMR | Loper v. Wal-Mart Stores East, LP |
| 1:14-cv-00041-LG-JMR | Bradley v. Bankers Life and Casualty Company et al |
| 1:14-cv-00046-LG-JMR | McDonald v. Epps |
| 1:14-cv-00050-LG-JMR | Harrison County, Mississippi v. State of Florida et al |
| 1:14-cv-00054-LG-JMR | Maldin v. Correctional Medical Associates (CMA), et al |
| 1:14-cv-00057-LG-JMR | Williams v. McDonald et al |
| 1:14-cv-00061-LG-JMR | Hale v. Harrison County Board of Supervisors et al |
| 1:14-cv-00115-LG-JMR | Benjamin v. Harrison County et al |
| 1:14-cv-00119-LG-JMR | Charlot v. United States of America |
| 1:14-cv-00121-LG-JMR | Pass Business Terminal, LLC v. Lloyds of London |
| 1:14-cv-00122-LG-JMR | Rosenberg v. Coast Collection Agency, Inc. |
| 1:14-cv-00128-LG-JMR | Jones v. Denmark |
| 1:14-cv-00130-LG-JMR | Presley v. Brissolara et al |
| 1:14-cv-00132-LG-JMR | Barrow et al v. Korkren et al |
| 1:14-cv-00137-HSO-JMR | Hancock Bank v. KDB Enterprises, LLC et al |
| 1:14-cv-00138-LG-JMR | Saucier v. Winkel |

| | |
|---|---|
| 1:14-cv-00140-LG-JMR | Sidaway et al v. JPMorgan Chase Bank, National Association et al |
| 1:14-cv-00142-LG-JMR | Mahaffey v. Boyd Biloxi, LLC et al |
| 1:14-cv-00144-LG-JMR | Crain v. Colvin |
| 1:14-cv-00146-LG-JMR | Catholic Diocese of Biloxi, Inc. et al v. Sebelius et al |
| 1:14-cv-00151-LG-JMR | Biloxi Radiation Oncology Center, LLC v. Sheehan et al |
| 1:14-cv-00153-LG-JMR | Cowart et al v. City of Moss Point, Mississippi |
| 1:14-cv-00155-LG-JMR | Weaver v. Denmark |
| 1:14-cv-00158-LG-JMR | Hooper et al v. Jurich et al |
| 1:14-cv-00160-LG-JMR | Parker v. Wal-Mart Stores East, I.P. |
| 1:14-cv-00166-LG-JMR | United States of America v. $16,200.00 in U.S. Currency |
| 1:14-cv-00171-LG-JMR | Harrison County Utility Authority v. Phillips & Jordan, Inc. |
| 1:14-cv-00178-LG-JMR | Nautilus Insurance Company v. Wonderland Express, Incorporated et al |
| 1:14-cv-00180-LG-JMR | Equity Trust Company v. Curtis et al |
| 1:14-cv-00189-LG-JMR | Education Corporation of America et al v. Global Financial Aid Services, Inc. |
| 1:14-cv-00192-LG-JMR | Ivory v. Mississippi Department of Public Safety |
| 1:14-cv-00195-LG-JMR | Kilpatrick v. Legal Helpers Debt Resolution, LLC et al |
| 1:14-cv-00199-LG-JMR | Granger v. Chevron USA, Inc. et al |
| 1:14-cv-00203-LG-JMR | Palmer v. MDOC |
| 1:14-cv-00205-LG-JMR | Housley et al v. Harrison County, Mississippi et al |
| 1:14-cv-00207-LG-JMR | Singleton v. Epps et al |
| 1:14-cv-00209-LG-JMR | Fox-Everett, Inc. v. Regions Insurance Services, Inc. |
| 1:14-cv-00212-LG-JMR | Merrill v. Omega Protein, Inc. |
| 1:14-cv-00217-LG-JMR | Heatwole v. CSX Transportation, Inc. et al |
| 1:14-cv-00218-LG-JMR | Gilmore v. Gulfport/Orange Grove Associates, LTD. |
| 1:14-cv-00220-LG-JMR | Lentz v. Morgan Drexen, Inc. et al |
| 1:14-cv-00221-LG-JMR | Sumrall v. Corso et al |
| 1:14-cv-00224-LG-JMR | United States of America v. Dawn Properties, Inc. et al |
| 1:14-cv-00225-LG-JMR | E.C. et al v. Saraco et al |
| 1:14-cv-00233-LG-JMR | Laneri v. Epps et al |
| 1:14-cv-00234-LG-JMR | Laneri v. King et al |
| 1:14-cv-00236-LG-JMR | Wilson v. Morris et al |
| 1:14-cv-00241-LG-JMR | Perret et al v. Handshoe |

| | |
|---|---|
| 1:14-cv-00243-LG-JMR | State of Mississippi et al v. Experian Information Solutions, Inc. |
| 1:14-cv-00245-LG-JMR | WESCO Distribution, Inc. v. Wholesale Electric Supply Company of Houston, Inc. et al |
| 1:14-cv-00247-LG-JMR | Palode v. Pearl River County |
| 1:14-cv-00249-LG-JMR | Saucier v. Lakeview Corporation |
| 1:14-cv-00252-LG-JMR | Laster v. NCBC Security |
| 1:14-cv-00253-LG-JMR | Carroll v. Walker |
| 1:14-cv-00254-LG-JMR | United States of America v $ 9,980.00 |
| 1:14-cv-00258-LG-JMR | Jones v. Denmark et al |
| 1:14-cv-00260-LG-JMR | Lindsey et al v. Aycox et al |
| 1:14-cv-00262-KS-JMR | Harmon et al v. Swift Transportation Company of Arizona, LLC et al |
| 1:14-cv-00263-LG-JMR | Savinell v. Epps et al |
| 1:14-cv-00265-KS-JMR | Womack v. Swift Transportation Company of Arizona, LLC et al |
| 1:14-cv-00267-LG-JMR | United States of America v. Thompson et al |
| 1:14-cv-00269-LG-JMR | Washington v. Bernberg et al |
| 1:14-cv-00271-LG-JMR | Arnoult et al v. CL Medical Sarl et al |
| 1:14-cv-00272-LG-JMR | Tindall Corporation v. Harrell Contracting Group, LLC et al |
| 1:14-cv-00274-LG-JMR | Godbolt v. NPC International et al |
| 1:14-cv-00278-LG-JMR | Ducote v. State Farm Mutual Automobile Insurance Company |
| 1:14-cv-00280-LG-JMR | Tolar v. Keesler Federal Credit Union et al |
| 1:14-cv-00282-LG-JMR | Bolton v. Food Giant Supermarkets, Inc. et al |
| 1:14-cv-00285-LG-JMR | Comeger et al v. Wells Fargo Bank NA et al |
| 1:14-cv-00287-LG-JMR | Brooks v. Harrison County, Mississippi et al |
| 1:14-cv-00291-LG-JMR | JP Morgan Chase Bank, N.A. v. U.S. Small Business Administration |
| 1:14-cv-00295-LG-JMR | Manzella v. Specialty Contractors & Associates, Inc. et al |
| 1:14-cv-00297-LG-JMR | Greenwich Insurance Company et al v. Capsco Industries, Inc. et al |
| 1:14-cv-00298-LG-JMR | Peters v. Huck's Cove, Inc. et al |