UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| VAUGHN PERRET, CHARLES LEARY, and TROUT POINT LODGE, LTD | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:14cv241-LG-JCG |
| DOUGLAS HANDSHOE | DEFENDANT |

### ORDER STAYING PROCEEDINGS IN ACCORDANCE WITH LOCAL RULE 16(b)(1)(B) AND GRANTING IN PART AND DENYING IN PART PLAINTIFFS' "MOTION UNDER LOCAL RULE 16(b)(1)(A) [sic]"

BEFORE THE COURT is the "Motion [17] Under Local Rule 16(b)(1)(A) [sic]," filed by Plaintiffs Trout Point Lodge, Ltd., Vaughn Perret, and Charles Leary. Plaintiffs request a stay of "any and all actions, including the Rule 16 hearing . . . until such time as there has been a ruling on the . . . Motion to Remand." Pls.' Mot. [17] 2.

Rule 16(b)(1)(B) of the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi (effective April 30, 2013) provides:

> A motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligations to make disclosures pending the court's ruling on the motion[]. At the time the remand motion . . . is filed, the movant must submit to the magistrate judge an order granting the stay but permitting discovery concerning only the remand . . . issue. The parties must promptly notify the magistrate judge of any order denying a motion to remand . . . and must promptly submit an order lifting the stay.

L.U.Civ.R. 16(b)(1)(B).

Proceedings in this case will be stayed to the extent provided in Local Rule 16(b)(1)(B). The Telephonic Case Management Conference scheduled for August 25, 2014, will be canceled. To the extent that Plaintiffs are requesting a stay of this case beyond that provided in Local Rule 16(b)(1)(B), their Motion [17] should be denied.

Plaintiffs shall promptly notify the Magistrate Judge of the entry of any order denying the Motion to Remand and shall submit a proposed order lifting the stay. Within fourteen (14) days of entry of any order lifting the stay, the parties shall confer as outlined in Local Rule 26(e) and comply with the required deadlines. A telephonic case management conference will be scheduled within sixty (60) days of any order lifting the stay.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiffs' "Motion [17] Under Local Rule 16(b)(1)(A) [sic]" is **GRANTED** to the extent provided in Local Rule 16(b)(1)(B) and **DENIED** in all other respects.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that because a Motion to Remand is pending, this case is stayed to the extent provided in Local Rule 16(b)(1)(B). The Clerk of Court is directed to cancel the Telephonic Case Management Conference scheduled for August 25, 2014.

**SO ORDERED AND ADJUDGED**, this the 20th day of August, 2014.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE