IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| VAUGHN PERRET )<br>CHARLES LEARY )<br>TROUT POINT LODGE, LTD, A Nova )<br>Limited Company )<br>)<br>v. )<br>)<br>DOUGLAS HANDSHOE ) | PLAINTIFFS<br><br><br><br><br>Civil Action No.1:14cv241-LG-JCG<br><br>DEFENDANT |

## MOTION FOR INJUNCTION

**NOW INTO COURT**, comes Douglas Handshoe pursuant to Federal Rule of Civil Procedure 65 and 28 U.S.C. § 2283, who files this Motion for a Temporary and Permanent Injunctions restraining Trout Point Lodge, Ltd, via its agent Daniel G. Abel, and the New Orleans Civil District Courts from re-litigating the issues previously decided by this Honorable Court and/or litigating in Louisiana State Court matters exclusively, currently before this Honorable Court in this instant matter.

**WHEREFORE**, Defendant prays this Court grants a preliminary injunction and upon submission of additional briefs and/or a hearing on the merits of this Motion, temporarily and then permanently enjoin Trout Point Lodge, Ltd. via its agent Daniel G. Abel and the New Orleans Civil District Court from litigating and/or re-litigating matters currently exclusively before or previously decided by this Honorable Court.

Respectfully submitted this 25th day of August, 2014,

_____
Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on August 25th the foregoing was electronically filed by me via the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

M. Judith Barnett, Esq.
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com
*Attorney for Plaintiffs*

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Motion for Injunction to the following Interested Parties via United States Mail:

Daniel G. Abel
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Judge Piper Griffin
421 Loyola Avenue, Room 405
New Orleans, LA 70112

Respectfully submitted this 25th day of August, 2014,

_____
Defendant
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com