EXHIBIT B to Affidavit

CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

CASE NO. 2013-5029 DIVISION: "I"

DANIEL G. ABEL
VERSUS
DOUGLAS K. HANDSHOE, ET AL.

FILED: _____

_____
DEPUTY CLERK

MOTION FOR STATUS CONFERENCE
ON 3 OCTOBER 2014 RE: DISCOVERY AND
REPEATED FILINGS OF IDENTICAL MOTIONS

Petitioner Daniel Abel moves the Court to set a status conference after the 3 October 2014 hearing, already set regarding Mr. Handshoe's second Motion for a Change of Venue.

Incorporated Memorandum

Mr. Handshoe has been caught and could never envision having to answer anything under oath including discovery which Requests for Production were served on attorney Montgomery several days ago [Exhibit A - Requests for Production]. To block discovery and having to testify under oath, Mr. Handshoe has already gone so far as to ask a Federal Judge in the Southern District of Mississippi to order Chief Judge Piper Griffin to stop all proceedings in this lawsuit.

Why? Because when Mr. Handshoe has to answer discovery and questions under oath, his defamatory campaigns, at least as to Mr. Abel, shall come to an end. No doubt Mr. Handshoe is also concerned about the Court awarding the mandatory fees required under La. C.C.P. art. 971(B).

Even a cursory look at the discovery attached demonstrates that Mr. Handshoe either has evidence in support of his allegations made against Mr. Abel, or he does not. In fact, he does not and cannot have such evidence as Mr. Abel has not done any of the criminal acts alleged and broadcast by Mr. Handshoe over the internet as recently as this week.

Mr. Abel requests a status conference on the same day already set for the second of Mr. Handshoe's attempts to change venue. The venue issue is moot, as defendants Ms. Vandenweghe and Mr. Truitt have answered the original petition and have taken other actions which both waived the issue of venue and established venue in this Civil District Court.

Mr. Handshoe and now counsel have filed identical motions, had those motions set and did not urge those motions on the days of the hearing [after the other defendants motions were

denied]. Mr. Handshoe and now counsel pretend that Mr. Handshoe's motions were never set, including but not only Mr. Handshoe's art. 971 motion but now his change of venue motion as well. The record in this matter proves that both motions have been set twice.

At this Court's instruction, Mr. Abel filed for an amended judgment producing the scheduling orders from the record clearly demonstrating that Mr. Handshoe's motions had been set, but on 11 October 2013 not argued by Mr. Handshoe who was appearing pro se and on 25 April 2014 when represented by Ms. Montgomery who said nothing after all the other motions were denied. In response to Mr. Handshoe's recently again-filed Motion to Strike, Mr. Abel shall document the misrepresentations, ask for sanctions, and attorney fees accordingly. But for now Mr. Abel requests that the Court set a status conference on 3 October 2014, after the motions on the docket have been heard.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| /s/ Daniel G. Abel | /s/ Daniel G. Abel |
| Daniel G. Abel [LSBA 8348]<br>2421 Clearview Parkway<br>Metairie, Louisiana 70001<br>Telephone: 504.284.8521<br>Email: danielpatrickegan@gmail | I have mailed this motion and exhibit and served all counsel electronically as of this 26 September 2014 day. |

CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

CASE NO. 2013-5029                                        DIVISION: "T"

DANIEL G. ABEL
VERSUS
DOUGLAS K. HANDSHOE, ET AL.

ORDER SETTING STATUS CONFERENCE

For the reasons set forth in the motion, the Court sets and shall conduct a status conference on 3 October 2014 after the motions on the docket are heard, including the motions of the parties in this matter. Mr. Truitt can participate by telephone if he so wishes as neither the motions nor the discovery requests are directed to him.

Ordered this _____ day of _____, 2014.     New Orleans, Louisiana

_____
Chief Judge Piper Griffin

CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

CASE NO. 2013-5029   DIVISION: "I"

DANIEL G. ABEL

VERSUS

DOUGLAS K. HANDSHOE, ET AL.

FILED: _____
_____
DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REQUEST FOR PRODUCTION OF DOCUMENTS,
RECORDS AND ELECTRONIC MATERIALS

To:  Mr. Douglas K. Handshoe             Ms. Anne Marie Vandenweghe
     Thru Counsel of Record               Pro Se, Attorney at Law
     Ms. Connie S. Montgomery             15 Colonial Club Lane
     1403 West Esplanade Avenue           Harahan, Louisiana 70121
     Kenner, Louisiana 70065

To Ms. Vandenweghe and Mr. Handshoe:

Please respond in writing as required and produce all items requested below in the manner and within the time frames set forth under the Louisiana Code of Civil Procedure arts. 1462, et seq.

**Request for Production No. 1**

Please produce all communications in all forms made by you and any of the Slabbed Nation entities about Daniel G. Abel.

**Request for Production No. 2**

Please produce all communications in all forms received by you and any of the Slabbed Nation entities about Daniel G. Abel.

**Request for Production No. 3**

Please produce all documents and other materials, including electronic data ever in your possession or in the possession of any of the Slabbed Nation entities about Daniel G. Abel.

**Request for Production No. 4**

Please produce all communications in all forms made by you and any of the Slabbed Nation entities about Trout Point Lodge.

**Request for Production No. 5**

Please produce all communications in all forms received by you and any of the Slabbed Nation entities about Trout Point Lodge.

**EXHIBIT A**

**Request for Production No. 6**

Please produce all documents and other materials including electronic data ever in your possession or in the possession of any of the Slabbed Nation entities about Trout Point Lodge.

**Request for Production No. 7**

Please produce all communications in all forms made by you and any of the Slabbed Nation entities about Cerro Coyote, SA of Costa Rica.

**Request for Production No. 8**

Please produce all communications in all forms received by you and any of the Slabbed Nation entities about Cerro Coyote, SA of Costa Rica

**Request for Production No. 9**

Please produce all documents and other materials including electronic data ever in your possession or in the possession of any of the Slabbed Nation entities about Cerro Coyote, SA of Costa Rica.

**Request for Production No. 10**

Please produce all communications and all documents in all forms as to your contacts with any federal or state law enforcement officers including but not only former U.S. Attorney Jim Letten, AUSA Jan Mann and AUSA Sal Perricone.

**Request for Production No. 11**

Please produce all communications and all documents in all forms arising from your alleged contacts with any federal or state law enforcement officers including but not only Special Agents of the FBI.

**Request for Production No. 12**

Please produce all documents and evidence in all forms which prove your allegations that Daniel Abel was involved in money laundering, racketeering, fraud, violation of your civil rights, criminal conspiracy, wire fraud, strong-arming of the press, abuse of the judicial process for criminal purposes, by Daniel G. Abel himself, or through Trout Point Lodge, Cerro Coyote, or another other entity.

**Request for Production No. 13**

Please produce all documents and evidence in all forms which prove your allegations that Daniel Abel was the law partner or business partner of Aaron F. Broussard.

**Request for Production No. 14**

Please produce all documents and evidence in all forms which prove your allegations that Daniel Abel was in any way involved in the public corruption scandal in Jefferson Parish.

**Request for Production No. 15**

Please produce all documents and evidence in all forms which identify by name and contain the ip addresses for all persons who have posted comments about Daniel G. Abel on slabbed.org or any of the Slabbed Nation entities.

**Request for Production No. 16**

Please produce all of your Twitter messages, including private twitter messages about Daniel G. Abel.

**Request for Production No. 17**

Please produce all documents and evidence in all forms of your communications with and your receipt of communications from any persons associated with **Frank Magazine** of Nova Scotia.

**Request for Production No. 18**

Please produce all documents and evidence in all forms of your communications with and your receipt of communications from any persons associated with Timothy Gillespie and South Coast Today and/or Shelburne County Today as well as evidence of all payments of money paid to Timothy Gillespie in any form for any purpose.

**Request for Production No. 19**

Please produce all documents and evidence in all forms which are probative of your ownership on any real property within the United States of America, all assets, all monetary certificates in all forms, all 401Ks, and other financial assets.

**Request for Production No. 20**

Please produce all documents and evidence in all forms which prove your payments of any attorney fees and litigation costs to any attorneys including Mr. Sternberg and his firm Baldwin & Haspel, Mr. Jack E. "Bobby" Truitt, and Ms. Connie Sue Montgomery.

**Request for Production No. 21**

Please produce all documents and evidence in all forms of all communications made between, received by, and transmitted between Mr. Douglas Handshoe and Ms. Anne Marie Vandenweghe, whether you have used your legal name or any of your other blogger names during the last five years.

Please produce these items requested within fifteen days and written answers as required for all items requested above in the manner and within the time frames set forth under the Louisiana Code of Civil Procedure arts. 1462, et seq..

25 September 2014

/s/ Daniel G. Abel

Daniel G. Abel [LSBA 8348]
2421 Clearview Parkway
Metairie, Louisiana 70001
Telephone: 504.284.8521
Facsimile: 888.577.8815
Email: danielpatrickegan@gmail